Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone: 480-483-9600
Facsimile: 480-483-3215
Emails: lcrown@bss.law
elan@bss.law

*Attorneys for Defendants City of Flagstaff, Chief Sean Connolly, and Officer Todd Martinet*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee,<br><br>        Plaintiff,<br>v.<br><br>Pamela Bondi, in her official capacity as United States Attorney General; Daniel Driscoll, in his official capacity as Acting Director of the ATF; City of Flagstaff, a political subdivision of the State of Arizona; Sean Connolly, as an individual and in his official capacity as the City of Flagstaff Chief of Police; Todd Martinet, as an individual and in his official capacity as a Flagstaff Police Officer,<br><br>        Defendants. | Case No. 3:25-cv-08143-DJH<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** |

Defendants City of Flagstaff, Chief Sean Connolly, and Officer Todd Martinet, (collectively the "Flagstaff Defendants"), by and through counsel undersigned, respectfully request an extension of forty (40) days, up to and through October 20, 2025, to respond to Plaintiff Joseph McGhee's Complaint (Doc. 1) filed on July 3, 2025.

Undersigned counsel and the Flagstaff Defendants need additional time to properly respond to Plaintiff's 60-page, Seven-Count Complaint. During the months of July, August and September 2025, counsel has had several deadlines regarding significant, time-consuming matters including filing dispositive motions in other federal actions, dispositive

motions in state court actions, court hearings, preparing for an evidentiary hearing in Yavapai County set 9/26/2025, a response Brief to the Arizona Supreme Court, and multiple depositions in cases with multiple parties where scheduling has been challenging.

A review of Plaintiff's Complaint is time-consuming. Plaintiff presents a section titled "Factual Allegations Common to all Counts with paragraphs 9 through 21 on pages 4 through 8. Plaintiff next presents a legal basis section that reads like a legal brief on pages 8 through 31. Plaintiff has sued Pamela Bondi ("Bondi"), in her official capacity as United States Attorney General, and Daniel Driscoll ("Driscoll"), in his official capacity as Acting Director of the ATF. Plaintiff has presented Counts I through V against Defendants Bondi and Driscoll. These five counts allege constitutional issues and are contained on pages 31 through 51, and paragraphs 22 through 114.

Counts VI and VII are brought under the Fourteenth Amendment against the Flagstaff Defendants and are contained on pages 51 through 57 in paragraphs 115 to 142. Plaintiff's Prayer for Relief seeks several items of declaratory and injunctive relief.

Undersigned counsel requests this additional time to properly evaluate the filing of a Rule 12 Motion that may contain multiple bases or answering the Complaint. In the event that the Flagstaff Defendants decide to file a Motion to Dismiss and Motion to Strike portions of the Complaint, the Flagstaff Defendants will be required to have a meet and confer with Plaintiff first pursuant to Local Rule 12.1.

The Flagstaff Defendants observe that Co-Defendants Bondi and Driscoll have not yet appeared. When they do, they may consider filing Motions to Dismiss on Counts I through V, which likely will have a foundational impact on Counts VI and VII against the Flagstaff Defendants. The Flagstaff Defendants would review any such Motion and consider joining if appropriate.

No previous requests for extension have been filed by the Flagstaff Defendants and the Flagstaff Defendants maintain that good cause is present based on the foregoing. At Plaintiff's request, the Flagstaff Defendants executed a Waiver of Service of Summons and its responsive pleading is currently due September 9, 2025.

BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

The Flagstaff Defendants respectfully request this Court to enter its Order extending the time for them to Answer or otherwise plead to Plaintiff's Complaint until October 20, 2025.

RESPECTFULLY SUBMITTED this  8th  day of September, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Defendants City of Flagstaff, Chief Sean Connolly, and Officer Todd Martinet*

**CERTIFICATE OF SERVICE**

I hereby certify that on the  8th  day of September, 2025, I transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joseph Martin McGhee
300 West High Country Trail
Flagstaff, AZ 86005
Email: McGhee.v.Bondi.et.al@gmail.com

/s/ *Karin A. Meister*