# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Defendants. | |

Before the Court is a Motion for Extension of Time to File Responsive Pleading to the Complaint (Doc. 14) filed by Defendants City of Flagstaff, Chief Sean Connolly, and Officer Todd Martinet ("Defendants") (Doc. 14). Defendants seek an additional forty (40) days to respond to Plaintiff's Complaint. (*Id.*) The time to respond has not yet expired, but the Court finds a response unnecessary.

Plaintiff filed his Complaint (Doc. 1) and an Application for Leave to Proceed in Forma Pauperis (Doc. 2) on July 3, 2025. He subsequently filed a Motion to Expedite Application for Leave to Proceed in Forma Pauperis (Doc. 11), followed by a Petition for Writ of Mandamus with the Ninth Circuit Court of Appeals (Doc. 12). On September 4, 2025, the Ninth Circuit denied Plaintiff's Petition.

Upon review, Plaintiff's Application, signed under penalty of perjury, indicates that he is financially unable to pay the filing fee. The Court will grant Plaintiff's Application and allow him to proceed *in forma pauperis* ("IFP"). The Court will also grant Defendants' Motion for Extension of Time to File a Responsive Pleading. The Court notes that two

named Defendants have yet to be served and that the Complaint is lengthy.

Accordingly,

**IT IS ORDERED granting** Plaintiff's Application for Leave to Proceed in Forma Pauperis (Doc. 2).  Plaintiff's Motion to Expedite (Doc. 11) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff shall be responsible for service of the Summons and the Complaint on all Defendants.

**IT IS FURTHER ORDERED** that Plaintiff must become familiar, and comply, with the Federal Rules of Civil Procedure ("Rules") and the Local Rules of Practice for the District Court for the District of Arizona ("Local Rules").  Plaintiff is encouraged to consult the resources for self-represented litigants available on the Court's website at http://www.azd.uscourts.gov/proceeding-without-attorney.  Of note, the Court provides a Handbook for Self-Represented Litigants (https://www.azd.uscourts.gov/handbook-self-represented-litigants), as well as forms for scheduling an appointment with a volunteer lawyer at the Free Advice-Only Clinic at the Phoenix courthouse (https://www.azd.uscourts.gov/federal-court-advice-only-clinic-phoenix).

**IT IS FURTHER ORDERED granting** Defendants' Motion for Extension of Time to File Responsive Pleading to the Complaint (Doc. 14).  Defendants shall answer or other respond to Plaintiff's Complaint on or before **October 20, 2025.**

Dated this 9th day of September, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge