# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee,<br><br>              Plaintiff,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>              Defendants. | No. CV-25-08143-PCT-DJH<br><br>**ORDER** |

  The Court is in receipt of *pro se* Plaintiff's Motion for Reconsideration of the Court's September 9, 2025, Order granting Flagstaff Defendants' Motion for Extension of Time ("September 9 Order") (Doc. 17). The Motion will be denied.

  Local Rule of Civil Procedure 7.2(g) provides "[t]he Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." L.R.Civ.P. 7.2(g)(1); *see also 389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999) (motions for reconsideration are generally denied, "absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law").

  In its September 9 Order, the Court found a response from Plaintiff was unnecessary and agreed with Defendants that the lengthy and complex Complaint—and the fact that other Defendants had yet to be served—justified the requested extension of time to

respond.  (Doc. 15 at 1–2).  Federal Rule of Civil Procedure 6(b)(1) provides:

> (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed.R.Civ.P. 6(b)(1). " 'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir.2010) (discussing "good cause" in the context of Fed.R.Civ.P. 6(b)(1)).

Good cause supported Defendants' requested extension and the Court's suspension of any of the other Local Rules referenced by Plaintiff in his Motion, including issuing a ruling without a response from Plaintiff.  *See* LRCiv 83.6.  There was no manifest error.

Accordingly,

**IT IS ORDERED denying** Plaintiff's Motion for Reconsideration (Doc. 17).

Dated this 10th day of September, 2025.

Honorable Diane J. Humetewa
United States District Judge

- 2 -