# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Defendants. | |

This matter is referred to Magistrate Judge Michael T. Morrissey pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure to address all pretrial matters.

Dated this 10th day of September, 2025.

Honorable Diane J. Humetewa
United States District Judge