# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Defendants. | |

 Self-represented Plaintiff Joseph McGhee has filed a document entitled "motion for reasonable accommodations" requesting the following: "first, the Court's affirmative duty to enforce all neutral rules of procedure and evidence with scrupulous equality between the parties; and second, the Court's correlative duty to refrain from enforcing any unwritten, subjective standard concerning communication style or tone." (Doc. 21.) Plaintiff has also filed a request for extension of time to serve Defendants and for an Order directing the USMS to assist with service. (Doc. 22.) Lastly, Plaintiff has filed a document entitled "amended motion to vacate AI disclosure requirement, or alternatively, for 1292(b) certification and stay." (Doc. 24.) The Court having reviewed Plaintiff's motions, and finding that Plaintiff largely fails to state a claim or cognizable request for relief or seeks relief which has been provided or which need not be addressed,

 IT IS ORDERED denying Plaintiff's "motion for reasonable accommodations" (Doc. 21) and "amended motion to vacate AI disclosure requirement, or alternatively, for 1292(b) certification and stay" (Doc. 24).

IT IS FURTHER ORDERED granting in part Plaintiff's request for extension of time to serve Defendants and for an Order directing the USMS to assist with service (Doc. 22). Plaintiff is granted a 60-day extension of time to serve the remaining Defendants. However, Plaintiff shall be responsible for service of the Summons and the Complaint on Defendants.

Dated this 6th day of October, 2025.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge