**JOSEPH MARTIN MCGHEE**
300 W High Country Tr.
Flagstaff, AZ 86005
Email: McGhee.v.Bondi.et.al@gmail.com
Tel: (928) 331-0042
*Pro Se Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| Pamela Bondi, et al, | |
| Defendants. | |

Plaintiff Joseph McGhee appeals to the United States Court of Appeals for the Ninth Circuit from the following order of this Court, which is final and appealable pursuant to 28 U.S.C. § 1291 and the collateral order doctrine:

1. The Order entered on October 6, 2025 (Doc.25), which denied **Plaintiff's Amended Motion to Vacate AI Disclosure Requirement, or Alternatively, for § 1292(b) Certification and Stay** (Doc. 24).

1

This Order, which upholds the Court's underlying AI Disclosure Requirements (Doc. 16), is a final decision under the collateral order doctrine of *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S. Ct. 1221, 93 L. Ed. 1528 (1949), because it:

1. Conclusively determines the disputed question of whether the AI Disclosure Requirement is lawful;

2. Resolves important issues completely separate from the merits of the underlying action, namely, claims that the Requirement violates the First Amendment by compelling speech, infringes on the work product doctrine, and is void for vagueness under the Due Process Clause; and

3. Is effectively unreviewable on appeal from a final judgment because the compelled disclosure of protected work product and stigmatizing speech will cause irreparable injury that cannot be undone by a reversal after a final judgment.

This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

Dated: Tuesday, October 7, 2025

/s/ Joseph McGhee
*Pro Se Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system, which will send notification of electronic filing to all counsel of record.

/s/ Joseph McGhee
*Pro Se Plaintiff*