# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Pamela Bondi, et al, | |
| Defendants. | |

Upon consideration of Plaintiff's Motion for Reconsideration (Doc. 28), and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the sentence in this Court's October 6, 2025, Order (Doc. 25) that reads, "However, Plaintiff shall be responsible for service of the Summons and the Complaint on Defendants" is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to prepare the summons and, pursuant to Fed. R. Civ. P. 4(c)(3), forward to the U.S. Marshal for the District of Arizona the following documents for service upon Defendants Pamela Bondi, Daniel Driscoll, Sean Connolly, and Todd Martinet:

1. The Summons;
2. The Complaint (Doc. 1);
3. A copy of the Order granting Plaintiff in forma pauperis status (Doc. 15); and
4. A copy of this Order.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall effect service upon these Defendants using any of the methods authorized by Fed. R. Civ. P. 4, at the government's expense.

**IT IS FURTHER ORDERED** that the 60-day extension of time for service granted by the Court's October 6, 2025, Order (Doc. 25) shall remain in effect, calculated from the date of this Order.