1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Joseph McGhee,

No. CV-25-08143-PCT-DJH

10

Plaintiff,

**ORDER**

11

v.

12

Pamela Bondi, et al.,

13

Defendants.

14
15
16
17
18
19
20
21

Plaintiff having filed a motion for reconsideration of the Court's Order denying his various motions, and the Court construing said motion as a specific request that the marshal serve his complaint, *see* 28 U.S.C. § 1915(d); *see also* Fed. R. Civ. P. 4(c)(3) (service of process available "[a]t the plaintiff's request"); *Boudette v. Barnette*, 923 F.2d 754, 756-57 (9th Cir. 1991) (confronting "an inconsistency" between Rule 4 and § 1915 and concluding that "[a]n IFP plaintiff must request that the marshal serve his complaint before the marshal will be responsible for such service"),

22
23
24
25
26

IT IS ORDERED granting Plaintiff's motion for reconsideration which this Court construes as a specific request that the marshal serve his complaint (Doc. 28); the Clerk of Court shall send Plaintiff a service packet including the complaint (Doc. 1), this Order, and both summons and request for waiver forms for Defendants Pamela Bondi and Daniel Driscoll.

27
28

IT IS FURTHER ORDERED that Plaintiff must complete and return the service packet to the Clerk of Court within 21 days of the date of filing of this Order. The United

States Marshal will not provide service of process if Plaintiff fails to comply with this Order.

IT IS FURTHER ORDERED that if Plaintiff does not either obtain a waiver of service of the summons or complete service of the summons and complaint on a Defendant within 60 days of the filing of this Order, the action may be dismissed as to each Defendant not served.

IT IS FURTHER ORDERED that a defendant who agrees to waive service of the summons and complaint must return the signed waiver forms to the United States Marshal, not the Plaintiff.

Dated this 17th day of October, 2025.


_Michael T. Morrissey_
Honorable Michael T. Morrissey
United States Magistrate Judge