| | | |
|---|---|---|
| **DEBRA D. LUCAS**<br>District Court Executive/Clerk of Court<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA**<br>**OFFICE OF THE CLERK** | **LENORE BENOIT**<br>Chief Deputy Clerk<br>Evo A. Deconcini U.S. Courthouse<br>405 W. Congress, Suite 1500<br>Tucson, Arizona 85701-5010<br><br>**MAGS EVERETTE**<br>Chief Deputy Clerk<br>Sandra Day O'Connor U. S. Courthouse<br>Suite 130<br>401 West Washington Street, SPC 1<br>Phoenix, Arizona 85003-2118 |



_____

Re: Service Packet for  _____

Enclosed is a copy of the Court's Order directing the U.S. Marshal to effect service on your behalf. Also, enclosed are U.S. Marshal service form(s) (USM-285), a Notice of Lawsuit & Request for Waiver of Service of Summons form(s), and a set of examples for your use and information. To complete service, you must prepare, provide sufficient copies and return the following items:

- One copy of the Marshal's Process Receipt & Return Form USM-285 for <u>each defendant</u> ordered to be served;

- One copy of the Notice of Lawsuit & Request for Waiver of Service of Summons form for each defendant ordered to be served.

DO NOT PREPARE ANY SERVICE FORMS FOR PARTIES DISMISSED FROM THE ACTION.

Upon receipt of the properly completed forms, your Complaint will be processed for service.
FAILURE TO PROPERLY PREPARE AND SIGN YOUR SERVICE FORMS MAY RESULT IN DELAY IN EFFECTING SERVICE.

DEBRA D LUCAS, DCE/Clerk of Court

By: s/E.Aragon  
      Deputy Clerk

Enclosures:
    1 Copy of Court Order
    USM 285 Form(s) w/example
    Notice of Lawsuit & Request for Waiver Form(s) w/example