Larry J. Crown (No. 013133)
Elan S. Mizrahi (No. 017388)
**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:   480-483-9600
Facsimile:    480-483-3215
Emails:        lcrown@bss.law
                   elan@bss.law

*Attorneys for Defendants City of Flagstaff, Chief Sean Connolly, and Officer Todd Martinet*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Pamela Bondi, in her official capacity as United States Attorney General; Daniel Driscoll, in his official capacity as Acting Director of the ATF; City of Flagstaff, a political subdivision of the State of Arizona; Sean Connolly, as an individual and in his official capacity as the City of Flagstaff Chief of Police; Todd Martinet, as an individual and in his official capacity as a Flagstaff Police Officer,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-08143-DJH<br><br>**JOINT MOTION/STIPULATION FOR EXTENSION OF TIME FOR FLAGSTAFF DEFENDANTS TO FILE RESPONSIVE PLEADING TO THE COMPLAINT ON THE SAME DUE DATE AS THE FEDERAL DEFENDANTS** |

　　　　Plaintiff Joseph McGhee ("Plaintiff") and Defendants City of Flagstaff, Police Chief Sean Connolly, and Officer Todd Martinet, (collectively the "Flagstaff Defendants"), by and through counsel undersigned, jointly move and stipulate that the Court extend the deadline for the Flagstaff Defendants to respond to Plaintiff's Complaint (Doc. 1) to seven (7) days after the date that will be established for the Federal Defendants to respond to Plaintiff's Complaint. In support of this Joint Motion/Stipulation, the parties state as follows:

　　　　On July 3, 2025, Plaintiff filed his Complaint (Doc. 1). On September 9, 2025 this Court granted the Flagstaff Defendants' Motion for Extension of Time to file Responsive Pleadings to

October 20, 2025 (Doc. 15). On October 17, 2025, this Court granted Plaintiff's Motion for Reconsideration which the Court construed as a specific request that the United States Marshall Service serve his Complaint (Doc. 28), that the Clerk shall send Plaintiff a Service Packet, including the Complaint, the Order, and both Summons and Request for Waiver Forms for the Federal Defendants. Plaintiff must complete a return of the Service Packet to the Clerk within 21 days of the October 17, 2025 Order.

On October 18, 2025, Plaintiff and counsel for the Flagstaff Defendants met and conferred pursuant to Local Rule 12.1 to discuss the Flagstaff Defendants' proposed Motion to Dismiss Plaintiff's Complaint. The parties discussed that Counts I through V of Plaintiff's Complaint were against the Federal Defendants, U.S. Attorney General Pamela Bondi and Acting Director of Alcohol Tobacco and Firearms, Daniel Driscoll. These Counts challenge the constitutionality of 18 U.S.C. § 922(g)(3), invoke the Second Amendment and the Tenth Amendment to the United States Constitution and seek declaratory and injunctive relief. Plaintiff's Complaint alleges two Counts against the Flagstaff Defendants: Count VI for violation of the Fourteenth Amendment Procedural Due Process and Count VII, a *Monell* claim against Flagstaff for the violation of the Second and Fourteenth Amendments.

The parties agreed that Count VI and VII are derivative in certain material parts to the claims brought as Counts I through V against the Federal Defendants. It is anticipated that the Federal Defendants will appear and file a Motion to Dismiss Counts I through V. The Flagstaff Defendants will necessarily join in that Motion as part of its anticipated Motion to Dismiss Plaintiff's Complaint.

In addition, Plaintiff advised that he will be filing a First Amended Complaint that fills in and provides additional facts against the Flagstaff Defendants that addresses certain items discussed by the parties under Rule 12.1. Plaintiff will also be adding State Law Claims against the Flagstaff Defendants in his First Amended Complaint. Plaintiff advised that he will be filing his First Amended Complaint once the Ninth Circuit has resolved his Interlocutory Appeal regarding the AI disclosure requirements.

/ / /

Pursuant to Rule 12.1, the interest of judicial economy and consistency support granting this Joint Motion to make the Flagstaff Defendants' Response to Plaintiff's Complaint due seven (7) days after the date that will be established for the Federal Defendants to respond to Plaintiff's Complain. This extension will not delay the overall case management. Based on the foregoing, good cause is established to grant this Joint Motion.

WHEREFORE, the parties jointly move and stipulate that this Court order an extension of time for the Flagstaff Defendants to answer Plaintiff's Complaint seven (7) days after the date that will be established for the Federal Defendants to respond to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 20th day of October, 2025.

**BRUECKNER SPITLER SHELTS PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Defendants City of Flagstaff, Chief Sean Connolly, and Officer Todd Martinet*


/s/ *Joseph McGhee* (w/permission)

Joseph McGhee
*Pro Se Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the __20th__ day of October, 2025, I transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Joseph Martin McGhee
> 300 West High Country Trail
> Flagstaff, AZ 86005
> Email: McGhee.v.Bondi.et.al@gmail.com

/s/ *Karin A. Meister*