**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph McGhee,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Pamela Bondi, in her official capacity as United States Attorney General; Daniel Driscoll, in his official capacity as Acting Director of the ATF; City of Flagstaff, a political subdivision of the State of Arizona; Sean Connolly, as an individual and in his official capacity as the City of Flagstaff Chief of Police; Todd Martinet, as an individual and in his official capacity as a Flagstaff Police Officer,<br><br>　　　　　Defendants. | Case No. 3:25-cv-08143-DJH<br><br>**ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** |

　　　The Court has considered the Joint Motion/Stipulation for Extension of Time to File Responsive Pleading to the Complaint filed by Plaintiff Joseph McGhee and Defendants City of Flagstaff, Police Chief Sean Connolly, and Officer Todd Martinet, (collectively the "Flagstaff Defendants"), and good cause appearing,

　　　IT IS ORDERED extending the deadline for the Flagstaff Defendants' Response to Plaintiff's Complaint to be due seven (7) days after the date that will be established for the Federal Defendants to respond to Plaintiff's Complaint.

　　　DATED: _____

_____
The Honorable Judge Diane J. Humetewa
United States District Court Judge

- 1 -

**BRUECKNER SPITLER SHELTS PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600