IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee,<br><br>   Plaintiff,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>   Defendants. | No. CV-25-08143-PCT-DJH<br><br>**ORDER** |

  The Court having reviewed the Joint Motion/Stipulation for Extension of Time for Flagstaff Defendants to File Responsive Pleading to the Complaint on the Same Due Date as the Federal Defendants (Doc. 30), and good cause shown,

  IT IS ORDERED granting the Stipulation (Doc. 30),

  IT IS FURTHER ORDERED extending the deadline for the Flagstaff Defendants' Response to Plaintiff's Complaint to be due seven (7) days after the date that will be established for the Federal Defendants to respond to Plaintiff's Complaint.

  Dated this 22nd day of October, 2025.

*[signature]*
Honorable Michael T. Morrissey
United States Magistrate Judge