**JOSEPH MARTIN MCGHEE**
300 W High Country Tr.
Flagstaff, AZ 86005
Email: McGhee.v.Bondi.et.al@gmail.com
Tel: (928) 331-0042
*Pro Se Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **NOTICE [RE: DOCUMENTS FOR SERVICE]** |
| v. | |
| Pamela Bondi, et al, | |
| Defendants. | |

Plaintiff Joseph McGhee files this Notice to apprise the Court of the following:

1. On <u>October 28, 2025</u>, Plaintiff, in strict compliance with the Court's October 17th Order (Doc. 29) and the accompanying Clerk's Service Packet Letter (Doc. 29-1), forwarded to the Clerk of Court the following documents for service upon Defendants Bondi, Driscoll, Connolly (individual capacity), and Martinet (individual capacity):

1

    a. One completed Marshal's Process Receipt & Return Form (USM-285) for each defendant; and

    b. One completed Notice of Lawsuit & Request for Waiver of Service of Summons for each defendant.

2. Plaintiff confirms these materials were received by the Clerk's Office on <u>October 31, 2025</u>, as this constitutes the full extent of items Plaintiff was required to "prepare, provide sufficient copies and return" per the Court's instructions. (Doc. 29-1).

3. The docket reflects a "Remark re Docs Received for Service" (Doc. 32) entered on <u>November 3, 2025</u>. However, Plaintiff did not receive an Electronic Case Filing (ECF) notification for this docket entry.

4. Plaintiff therefore files this Notice in the interest of maintaining a clear and accurate procedural record, confirming his timely fulfillment of the service obligations set by the Court.

Respectfully submitted,

Dated: Monday, November 3, 2025

                                                /s/ Joseph McGhee
                                                *Pro Se Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system, which will send notification of electronic filing to all counsel of record.

/s/ Joseph McGhee
*Pro Se Plaintiff*
