| U.S. Department of Justice<br>United States Marshals Service | | 2 | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|---|

| PLAINTIFF<br>Joseph McGhee | COURT CASE NUMBER<br>CV 25-08143 PCT-DJH |
|---|---|
| DEFENDANT<br>Pamela Bondi et al | TYPE OF PROCESS<br>Summons/Complaint/Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Daniel P. Driscoll, Acting ATF Director |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 99 New York Avenue, NE; Washington, DC 20226 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Joseph McGhee<br>300 W High Country Tr, #303<br>Flagstaff, AZ 86005 | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of:<br>Joseph McGhee *(Digitally signed by Joseph McGhee, DN: cn=Joseph McGhee, c=US, email=spurfy@icloud.com, Date: 2025.10.27 16:08:27 -07'00')* | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>(928) 331-0042 | DATE<br>10/27/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 | District of Origin<br>No. 08 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/4/25 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Destinee Ferguson   Exec Staff Assistant | Date<br>12/19/25 | Time<br>1210 | [ ] am<br>[X] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

✓ FILED     ___ LODGED
___ RECEIVED     ___ COPY

DEC 2 2 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-25-08143-PCT-DJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Destine Ferguson , who is
designated by law to accept service of process on behalf of *(name of organization)* ATF
on *(date)* 12/19/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/19/2025

*Server's signature*

N. Smith    DUSM
U.S. Marshals Service
*Printed name and title*

U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc: