IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, <br><br> Plaintiff, <br><br> v. <br><br> Pamela Bondi, et al, <br><br> Defendants. | No. CV-25-08143-PCT-DJH <br><br> **ORDER** |

The Court having considered Plaintiff's Renewed Motion to Direct the U.S. Marshal to Complete Service and Motion to Correct or Clarify the Court's October 17, 2025 Order and for Extension of Service Deadline (Doc. 37), and good cause appearing, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion is **GRANTED**.

2. The Court's October 17, 2025 Order (Doc. 29) is hereby **CORRECTED AND CLARIFIED** pursuant to Federal Rule of Civil Procedure 60(a) to confirm that the Order granted Plaintiff's motion for reconsideration in full, including the request for USMS service on Defendants Sean Connolly and Todd Martinet in their individual capacities. The operative paragraph of Doc. 29 is deemed amended accordingly.

3. The service deadline under Federal Rule of Civil Procedure 4(m) is hereby **EXTENDED** as to the following defendants and service components for a period of sixty (60) days from the date of this Order:

   a. Defendants Pamela Bondi and Daniel Driscoll—service on the United States Attorney's Office for the District of Arizona pursuant to Rule 4(i)(1)(A); and

   b. Defendants Sean Connolly and Todd Martinet—personal service in their individual capacities pursuant to Rules 4(e) and 4(i)(3).

4. The United States Marshal for the District of Arizona is hereby **DIRECTED** to complete the following acts of service within sixty (60) days of the date of this Order:

   a. Serve the civil-process clerk at the United States Attorney's Office for the District of Arizona with a copy of the summons and complaint, by personal delivery or certified mail,

    pursuant to Rule 4(i)(1)(A), thereby completing service on the United States as required for the official-capacity claims against Defendants Bondi and Driscoll;

  b. Serve Defendant Sean Connolly personally in his individual capacity pursuant to Rule 4(e) at his place of employment as identified in Doc. 32; and

  c. Serve Defendant Todd Martinet personally in his individual capacity pursuant to Rule 4(e) at his place of employment as identified in Doc. 32.

5. The United States Marshal shall file a proof of service with the Court upon completion of each act of service identified in Paragraph 4 above, and shall promptly notify Plaintiff and the Court if any service attempt is unsuccessful.

6. The Clerk of Court is directed to provide a copy of this Order to the United States Marshal for the District of Arizona.