UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH MARTIN MCGHEE, | No. 25-6326 |
| Plaintiff - Appellant, | D.C. No. 3:25-cv-08143-DJH |
| v. | |
| PAMELA BONDI, Attorney General, in her official capacity as United States Attorney General; et al., | District of Arizona, Prescott |
| | MANDATE |
| Defendants - Appellees. | |

The judgment of this Court, entered November 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT