UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH MARTIN McGHEE, | No. 25-6326 |
| Plaintiff - Appellant, | D.C. No. 3:25-cv-08143-DJH District of Arizona, Prescott |
| v. | |
| PAMELA BONDI, Attorney General, in her official capacity as United States Attorney General; et al., | ORDER |
| Defendants - Appellees. | |

Before: SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

This court lacks jurisdiction over this appeal because the October 7, 2025 magistrate judge order is not final or immediately appealable. *See* 28 U.S.C. § 1291; *see also Flam v. Flam*, 788 F.3d 1043, 1046 (9th Cir. 2015) (magistrate judge may hear and determine non-dispositive matters under 28 U.S.C. § 636(b)(1)(A)). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

All pending motions are denied as moot.

**DISMISSED.**