**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Defendants. | |

The record reflecting that service was executed as to Defendants Bondi and Driscoll (Docs. 35, 36),

IT IS ORDERED that Defendants Bondi and Driscoll answer or otherwise respond to the Complaint no later than 21 days from the date of this Order.

IT IS FURTHER ORDERED denying Plaintiff's motion to direct the U.S. Marshal to complete service (Doc. 37) as moot.

Dated this 1st day of June, 2026.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge