TIMOTHY COURCHAINE
United States Attorney
District of Arizona
VICTORIA H. GRAY
Assistant U.S. Attorney
Arizona State Bar No. 037472
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7760
Email: Victoria.Gray2@usdoj.gov
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph McGhee, | No. 25-CV-08143-DJH |
| Plaintiff, | |
| v. | **NOTICE OF IMPERFECT SERVICE** |
| Pamela Bondi, et al, | |
| Defendant. | |

Defendants Todd Blanche and Robert Cekada[1] hereby give notice that they have not been properly served in accordance with the requirements of Fed. R. Civ. P. 4(i)(2).

Fed. R. Civ. P. 4(i)(2) requires that Plaintiff serve the United States Attorney's Office with a copy of the summons and complaint. This has not occurred. Because Defendants Blanche and Cekada have not been properly served, they respectfully request

---

[1] Pursuant to Rule 25(d), Todd Blanche and Robert Cekada are automatically substituted for Pamela Bondi and Daniel Driscoll. Defendants Blanche and Cekada therefore request that the Court modify the caption in this action to include Defendants Todd Blanche in his official capacity as the Acting Attorney General and Robert Cekada in his official capacity as the Director of the ATF.

the Court set a deadline for Plaintiff to serve the summons and complaint on the United States Attorney's Office in accordance with Fed. R. Civ. P. 4(i)(2). Defendants Blanche and Cekada also respectfully request that their answer be due within 60 days of service, as provided in Fed. R. Civ. P. 12(a)(3).

Respectfully submitted this 2nd day of June, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/*Victoria H. Gray*
VICTORIA H. GRAY
Assistant United States Attorney
*Attorneys for Defendant*