UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JOSEPH MARTIN MCGHEE. _____ JOSEPH MARTIN MCGHEE, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PRESCOTT, Respondent, TODD BLANCHE, Acting Attorney General;* et al., Real Parties in Interest. | No. 26-2683 D.C. No. 3:25-cv-08143-DJH District of Arizona, Prescott ORDER |

Before: FRIEDLAND, R. NELSON, and BADE, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

_____

\* Todd Blanche is substituted for his predecessor, Pamela Bondi, as Acting Attorney General under Federal Rule of Appellate Procedure 43(c)(2).

No further filings will be entertained in this closed case.

**DENIED.**

26-2683