**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph McGhee, | No. CV-25-08143-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Todd Blanche, et al., | |
| Defendants. | |

Defendants Todd Blanche and Robert Cekada[1] having filed a Notice of Imperfect Service stating that they have not been properly served in accordance with the requirements of Fed. R. Civ. P. 4(i)(2),[2]

---

[1] Todd Blanche and Robert Cekada are automatically substituted for Pamela Bondi and Daniel Driscoll pursuant to Rule 25(d).

[2] The rules for service relevant to this case are as follows:

To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(2). To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

IT IS ORDERED the Clerk of Court shall send Plaintiff a service packet including the complaint (Doc. 1), this Order, and both summons and request for waiver forms for Defendants Todd Blanche and Robert Cekada.

IT IS FURTHER ORDERED that Plaintiff must complete and return the service packet to the Clerk of Court within 21 days of the date of filing of this Order. The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order.

IT IS FURTHER ORDERED that if Plaintiff does not either obtain a waiver of service of the summons or complete service of the summons and complaint on a Defendant within 60 days of the filing of this Order, the action may be dismissed as to each Defendant not served.

IT IS FURTHER ORDERED that a defendant who agrees to waive service of the summons and complaint must return the signed waiver forms to the United States Marshal, not the Plaintiff.

IT IS FURTHER ORDERED that Defendants Blanche and Cekada shall file their answer within 60 days of service.

Dated this 10th day of June, 2026.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge

---

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1)(A)-(C).

- 2 -