**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**



**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**LENORE BENOIT**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**MAGS EVERETTE**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

_____

Re: Service Packet for _____

Enclosed is a copy of the Court's Order directing the U.S. Marshal to effect service on your behalf. Also, enclosed are U.S. Marshal service form(s) (USM-285), a Notice of Lawsuit & Request for Waiver of Service of Summons form(s), and a set of examples for your use and information. To complete service, you must prepare, provide sufficient copies and return the following items:

- One copy of the Marshal's Process Receipt & Return Form USM-285 for <u>each defendant</u> ordered to be served;

- One copy of the Notice of Lawsuit & Request for Waiver of Service of Summons form for each defendant ordered to be served.

DO NOT PREPARE ANY SERVICE FORMS FOR PARTIES DISMISSED FROM THE ACTION.

Upon receipt of the properly completed forms, your Complaint will be processed for service.
FAILURE TO PROPERLY PREPARE AND SIGN YOUR SERVICE FORMS MAY RESULT IN DELAY IN EFFECTING SERVICE.

DEBRA D LUCAS, DCE/Clerk of Court

By:  s/EAragon _____
Deputy Clerk

Enclosures:
1 Copy of Court Order
USM 285 Form(s) w/example
Notice of Lawsuit & Request for Waiver Form(s) w/example