U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Joseph McGhee | COURT CASE NUMBER<br>CV-25-08143-PCT-DJH |
| DEFENDANT<br>Todd Blanche | TYPE OF PROCESS<br>Complaint and Summons, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Attorney General, U.S. Dept. of Justice, Todd Blanche
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Ave NW, Washington DC 20530

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Joseph Martin McGhee | ☒ PLAINTIFF<br>☐ DEFENDANT | (928) 331-0042 | 6/23/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/2 | No. 08 | No. 08 | [signature] | 7/8/2026 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date | Time |
|---|---|---|
| [signature] Mail Clerk | 8/28/26 | 1000 ☒ am ☐ pm |
| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy | |
| | [signature] | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
8/20/2026 served to Gail Allen who can accept process on behalf of DOJ.

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 3 1 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**RECEIVED**
By Devon Baker at 9:42 am, Aug 19, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-26-08143-PCT-DJH

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Office of the Attorney General
was received by me on *(date)* 8/19/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gail Allen (mail clerk) , who is
designated by law to accept service of process on behalf of *(name of organization)* DOJ
______________________ on *(date)* 8/28/2026 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/28/2026

*Server's signature*

Kaylea Brede Deputy United States Marshal

*Printed name and title*

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset