U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph McGhee | CV-25-08143-PCT-DJH |
| DEFENDANT | TYPE OF PROCESS |
| Robert Cekada, ATF Director | Complaint and Summons, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bureau of Alcohol, Tobacco, Firearms and Explosives, Robert Cekada
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
99 New York Avenue, NE, Washington, DC 20226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Joseph Martin McGhee | ☒ PLAINTIFF ☐ DEFENDANT | (928) 331-0042 | 6/23/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/2 | No. 08 | No. 16 | [signature] | 7/8/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 9/11/26 | 0434 ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Delivered via certified mail 9/11/26 @ 0434

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 15 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**RECEIVED**
**By Devon Baker at 9:52 am, Aug 19, 2026**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-26-08143-PCT-DJH

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Robert Cekada
was received by me on *(date)* 7/8/26 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Delivered via certified mail 9/11/26@0434

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/11/26

[signature]
*Server's signature*

FCO Timothy A. Washington
*Printed name and title*

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N
Washington, D.C. 2000
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

**Tracking Number:**

**70082810000047056989**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:34 am on September 11, 2026 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20226
September 11, 2026 4:34 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?