**JOSEPH MARTIN MCGHEE**
300 W High Country Tr.
Flagstaff, AZ 86005
Email: McGhee.v.Bondi.et.al@gmail.com
Tel: (928) 331-0042
*Pro Se Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph McGhee,<br><br>Plaintiff,<br><br>v.<br><br>Todd Blanche, et al.,<br><br>Defendants. | No. CV-25-08143-PCT-DJH<br><br>**PLAINTIFF'S SUPPLEMENTAL AI DISCLOSURE AND CERTIFICATION, MADE UNDER OBJECTION, REGARDING APPLICATION FOR ENTRY OF DEFAULT (Doc. 46)** |

Plaintiff Joseph McGhee submits this supplement to his Application for Entry of Default Against Defendants Blanche and Cekada (Doc. 46), filed November 17, 2026, to comply with the Court's September 9, 2025 Order (Doc. 16).

**1. Disclosure:** In preparing the Application, Plaintiff used Claude Fable 5 (Anthropic) and BriefCatch. Plaintiff also used Claude Fable 5 in preparing this supplement.

**2. Certification:** Plaintiff certifies that he has personally verified, for accuracy, every representation and citation in the Application and in this supplement. Each case citation in the Application is hyperlinked to its pinpoint page in Westlaw, so the Court and the parties can confirm each one directly.

**3. Objection preserved:** Plaintiff makes this disclosure under objection and only to comply with Doc. 16. He does not waive, and expressly preserves, his challenges to that Order, including those raised in Doc. 24 and in *McGhee v. Bondi*, Nos. 25-6326 and 26-2683 (9th Cir.). Compliance under objection is not acquiescence. *See Maness v. Meyers,* 419 U.S. 449, 458 (1975).

Respectfully submitted, November 18, 2026.

/s/ Joseph McGhee
*Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2026, I electronically transmitted the foregoing to the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Joseph McGhee
*Pro Se Plaintiff*